FILED
RICHARD W. NAGEL
CLERK OF COURT

AO 93 (Rev. 11/13) Search and Seizure Warrant

2020 JUL 13  AM 10: 05

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of            )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:20-mj-391
Information associated with songguozheng@yahoo.com that )
is stored at premises owned, maintained, controlled or )
operated by Oath Holdings, Inc. ("the Provider"), a company )
headquartered at 701 First Ave., Sunnyvale, CA   )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___June 12, 2020___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Any MJ___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5-29-20 @ 5:34pm     _____signature_____
                                             *Judge's signature*
City and state:  Columbus, OH               Chelsey M. Vascura, U.S. Magistrate Judge
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-391 | 6/1/2020 @ 4:09 PM | Oath Holdings, Inc. |

Inventory made in the presence of:
FBI-CI Evidence

Inventory of the property taken and name of any person(s) seized:

Approximately 25 GBs of data, contained within 3 zip files (.7z), which were provided via email.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/2020

*Executing officer's signature*

Vincent Traul - Special Agent
*Printed name and title*